**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL WEIGNER AND JESSICA WEIGNER,

        Petitioners

        v.

ZHEN ZHEN LAN AND XIANG LEE,

        Respondents

: No. 203 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.